EXHIBIT 11

# HONIGMAN

Brian D. Wassom

(248) 566-8490
Fax: (248) 566-8491
bdw@honigman.com

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

January 15, 2014

Via Certified Mail To:

Rove Concepts
2318 Oak Street
Vancouver, BC V6H 4J1
Canada

Via E-Mail To:

info@roveconcepts.com

**Re: Infringement of Herman Miller's EAMES® Trademark and Trade Dresses**

To the Person of Highest Authority:

I write to follow up on the letter we sent you on August 19, 2013, a copy of which is attached as Exhibit A. On August 20, 2013, you responded to our first letter by email, requesting until September 18, 2013 to give a substantive response, and inviting us to contact you again "if required." We responded by email on August 21 and September 20, 2013, but never heard from you again.  A copy of these emails is attached as Exhibit B.

As explained in our prior letter, we represent Herman Miller, Inc. ("Herman Miller"), which owns incontestable trademark rights in the EAMES® name, the configuration of the EAMES® Lounge Chair and Ottoman, and the design of the EAMES® Aluminum Group™ and EAMES® Soft Pad™ furniture, as well as the publicity rights to the name and likeness of Charles Eames as used in connection with furniture.

When we sent our first letter, you were advertising for sale several knockoff items that infringe Herman Miller's EAMES® Lounge Chair and Ottoman and EAMES® Aluminum Group™ and Soft Pad™ furniture trade dresses, and were also making unauthorized commercial use of the "Eames," "Charles Eames," and "Ray Eames" names. We explained that these were infringements of Herman Miller's rights, and demanded that you cease and desist from these infringements, among other things.

Even after receiving and acknowledging our letter, however, your blatant infringement of Herman Millers' rights continues. Indeed, if anything, your infringement has grown even more brazen, with your website now explaining in detail the lengths to which you have gone to mimic Herman Miller's trademarked designs. See Exhibit C. Moreover, given that your website makes clear that it is intended to advertise and sell your infringing products in this country, United States trademark law will apply to your sales here, and likely to your Canadian sales as well. *See, e.g., Aerogroup Int'l v. Marlboro Footworks*, 955 F. Supp. 220 (S.D.N.Y. 1997) (applying Lanham Act to trade dress infringement by Canadian company in Canada).

39400 Woodward Ave. Ste. 101, Bloomfield Hills MI 48304-5151
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

13980885.1

# HONIGMAN

Rove Concepts
January 15, 2014

_____

        Herman Miller cannot abide your continued infringement of its valuable intellectual
property rights.  We continue to insist that you immediately comply with the demands in our
August 19, 2013 letter. Please let us have your response within 10 days of the date of the letter,
and feel free to contact me to discuss at any time.

                              Regards,

                              HONIGMAN MILLER SCHWARTZ AND COHN LLP

                              Brian D. Wassom

Enclosures
cc: Herman Miller, Inc.

**39400 Woodward Ave. Ste. 101, Bloomfield Hills MI 48304-5151**
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

13980885.1

# HONIGMAN

**Brian D. Wassom**

Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors

(248) 566-8490
Fax: (248) 566-8491
bdw@honigman.com

August 19, 2013

Via Certified Mail To:

Rove Concepts
2318 Oak Street
Vancouver, BC V6H 4J1
Canada

Via E-Mail To:

info@roveconcepts.com

**Re: Infringement of Herman Miller's EAMES® Trademark and Trade Dresses**

To the Person of Highest Authority:

Our firm represents Herman Miller, Inc. ("Herman Miller"). Since the 1940s and until his death, Charles Eames designed furniture for Herman Miller.  After years of selling furniture designed by Charles Eames, Herman Miller registered EAMES as a trademark (see Exhibit 1, Registration No. 1,187,673), and that registration is now incontestable.  Herman Miller also is the owner of the rights of publicity to the name and likeness of Charles Eames for use in connection with furniture.  (See Exhibit 2, California Registration 1995-018.)

Further, because of Herman Miller's decades-long continuous production of the EAMES® Lounge Chair and Ottoman, the public has come to associate the configuration of the EAMES® Lounge Chair and Ottoman with Herman Miller and only Herman Miller.  In other words, Herman Miller has acquired trade dress rights in the configuration of the EAMES® Lounge Chair and Ottoman.  Indeed, the United States Patent and Trademark Office ("PTO") has recognized such; Herman Miller has registered the configuration of the EAMES® Lounge Chair as a trademark and that registration is now incontestable (see Exhibit 3, Registration No. 2,716,843).

Additionally, the public associates the design of the EAMES® Aluminum Group™ and EAMES® Soft Pad™ furniture with Herman Miller and only Herman Miller (see Exhibit 4, Herman Miller Brochure).  Herman Miller also has registered the design of the frame of those furniture pieces as Herman Miller's trademark and that registration is incontestable (see Exhibit 5; Registration No. 3,105,591). All variations of the EAMES® Aluminum Group™ and EAMES® Soft Pad™ furniture operate as Herman Miller's trade dress.

You are currently advertising for sale several knockoff items that infringe Herman Miller's EAMES® Lounge Chair and Ottoman and EAMES® Aluminum Group™ and Soft Pad™ furniture trade dresses. Specifically, you offer for sale and sell knockoffs that use these trade dresses.  (See Exhibit 6; Rove Concepts website print-offs). As the same examples

**39400 Woodward Ave. Ste. 101, Bloomfield Hills MI 48304-5151**
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

13003019.1

# HONIGMAN

Rove Concepts
August 19, 2013

demonstrate, you are also making unauthorized commercial use of the "Eames," "Charles Eames," and "Ray Eames" names.

As your own YouTube video promotion acknowledges, "these furniture designs ... have achieved an iconic status, easily recognizable by ... furniture admirers all around the world," and your products are "reproductions" of those designs.[1]  The public associates these iconic designs, however, with Herman Miller, and only Herman Miller.  Your unauthorized uses of the "Eames," "Charles Eames," and "Ray Eames" names, the EAMES® trademark and Herman Miller's trade dresses violate federal and state law.  Specifically, your use of Herman Miller's trademark and trade dresses violates 15 U.S.C. §1114 and §1125 because consumers are likely to mistakenly believe that you are affiliated, connected, or associated with Herman Miller, and that Herman Miller has originated, sponsored, or otherwise approved of your knockoff furniture.  Consequently, Herman Miller demands that you immediately:

1) cease and desist all use of the names "Eames," "Charles Eames," and "Ray Eames," the use of the term "Eames" as a metatag or menu item, and any and all other attempts to palm-off the good will Herman Miller has built up in the EAMES® trademark;

2) cease and desist advertising, depicting, offering for sale, and selling knock offs of the EAMES® Lounge Chair and Ottoman, which includes the furniture depicted in Exhibit 6;

3) cease and desist advertising, depicting, offering for sale, and selling knock offs of the EAMES® Aluminum Group™ and EAMES® Soft Pad™ furniture, which includes the furniture depicted in Exhibit 6;

4) transport all existing inventory of the knockoff furniture depicted in Exhibit 6 to the undersigned attorney for immediate destruction;

5) destroy any specialized equipment or molds used to manufacture the knockoff furniture depicted in Exhibit 6;

6) disclose in writing to the undersigned attorney all contact information for the vendor(s) of the knockoff furniture identified in Exhibit 6, which includes but is not limited to the full corporate name, corporate address, factory address, telephone numbers, fax numbers, e-mail addresses, and the names and business addresses of all the principles of the vendor(s);

7) provide to the undersigned attorney in writing an accounting of all profit that you have garnered from the sale of the knockoff furniture identified in Exhibit 6; and

---

[1] See Rove Concepts Intro, <http://www.youtube.com/watch?v=s_Aj8XFZSCw#at=12>

39400 Woodward Ave. Ste. 101, Bloomfield Hills MI 48304-5151
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

13003019.1

# HONIGMAN

Rove Concepts
August 19, 2013

8) verify in writing that you will no longer infringe Herman Miller's EAMES® trademark or Herman Miller's EAMES® Lounge Chair and Ottoman, Aluminum Group™ and Soft Pad™ trade dresses.

Herman Miller will not consider this matter closed until you comply with the above-listed demands.  Please let us have your response within 10 days of the date of the letter.

Regards,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

Brian D. Wassom

Enclosures
cc: Herman Miller, Inc.

39400 Woodward Ave. Ste. 101, Bloomfield Hills MI 48304-5151
*Detroit · Lansing · Oakland County · Ann Arbor · Kalamazoo*

13003019.1

# Exhibit 1

Int. Cl.: 20

Prior U.S. Cl.: 32

## United States Patent and Trademark Office

Reg. No. 1,187,673
Registered Jan. 26, 1982

### TRADEMARK
Principal Register

## EAMES

Herman Miller, Inc. (Delaware corporation)
8500 Byron Rd.
Zeeland, Mich. 49464

For FURNITURE FOR HOME, OFFICE AND
COMMERCIAL USE, in CLASS 20 (U.S. CL. 32).
First use 1951; in commerce 1951.
Ser. 2(f).

Ser. No. 246,816, filed Jan. 21, 1980.

CRAIG R. GILBERT, Primary Examiner

# Exhibit 2

# California Business Portal

**Secretary of State DEBRA BOWEN**

SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | BUSINESS PROGRAMS | ARCHIVES & MUSEUM | OTHER SERVICES

**Special Filings**

- Special Filings Main Page
- Successor-In-Interest Search

**Immigration Consultant**
- Qualifications and Check List
- Bond Search

- Forms & Fees
- Frequently Asked Questions
- Business Resources
- California Codes
- Legislation
- Private Service Companies
- Technical Assistance
- Contact Us
- Site Search

## Successor-In-Interest

The information displayed here is updated at the beginning of the month. It is not a complete or certified record of the Claim as Successor-In-Interest.

Fees and instructions for requesting information relating to a successor-in-interest of record are included on the **Special Filings Records Order Form**.

### New Search

**Search Results for:** Name:charles eames
Company:

| | |
|---|---|
| **Celebrity Name:** | **Charles Eames** |
| **File Number:** | 1995-018 |
| **Filing status:** | active |
| **File date:** | 04/07/1995 |
| **Date of death:** | 08/21/1978 |
| **Transferred by:** | contract |
| **Name of Claimant:** | Herman Miller, Inc. |
| **Address of Claimant:** | 855 E. Main Avenue, Post Office Box 302, Zeeland, Michigan 49464 |
| **Percentage interest claimed:** | 100% |
| **Above percentage claimed in:** | limited rights described as follows: The right to use the above-listed name and likenesses in connection with any and all furniture based on designs by Charles Eames and/or the Eames Office. |

| | |
|---|---|
| **Celebrity Name:** | **Charles Eames** |

| | |
|---|---|
| **File Number:** | 1998-032 |
| **Filing status:** | active |
| **File date:** | 08/26/1998 |
| **Date of death:** | 08/21/1978 |
| **Transferred by:** | trust |
| **Name of Claimant:** | Lucia Eames |
| **Address of Claimant:** | 1251 San Antonio Road, Petaluma, California 94952 |
| **Percentage interest claimed:** | 100% |
| **Above percentage claimed in:** | limited rights described as follows: All rights to use the above listed name, voice, signature, photograph, and likenesses, except in connection with furniture based on designs by Charles Eames. |
| **Claim basis:** | Child |

---

### New Search

Copyright © 2009 California Secretary of State. **Privacy Statement**.

# Exhibit 3

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 2,716,843
Registered May 20, 2003

## TRADEMARK
### PRINCIPAL REGISTER



HERMAN MILLER, INC. (MICHIGAN COR-
PORATION)
855 EAST MAIN AVENUE
ZEELAND, MI 49464

FOR: FURNITURE, NAMELY, A CHAIR, IN
CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-1956; IN COMMERCE 12-31-1956.

THE MARK CONSISTS OF THE CONFIGURA-
TION OF A CHAIR.

SEC. 2(F).

SER. NO. 75-610,956, FILED 10-26-1994.

LINDA M. KING, EXAMINING ATTORNEY

# Exhibit 4

🜨HermanMiller     Eames⁹ Soft Pad and Aluminum Group Chairs






**PROFILES IN COMFORT**
To ensure seated comfort, Charles and Ray Eames suspended a continuous piece of seat-back upholstery between lightweight aluminum side ribs and stretched the upholstery tautly around each end of the frame. Whether upholstered in fabric, leather, vinyl, or an innovative mesh material that allows the chair to breathe, the result is appropriate firmness with just the right flexibility.




**TRAITS THAT ENDURE**
Herman Miller began making Charles and Ray Eameses' Aluminum Group chairs in 1958. Eleven years later, the Eameses extended the original design by adding plush, individually upholstered cushions. They named these the Soft Pad chairs, and Herman Miller has been making both versions ever since. Their simple lines, innovative use of materials, and suspension comfort work together to keep them in continuous demand.



A STATEMENT OF EXCELLENCE

The slender, sophisticated Aluminum Group and its cushier cousin the Soft Pad bear the distinctive stamp of Charles and Ray Eames—a graceful, unmistakable appearance coupled with an uncanny ability to sit equally well in retro interiors, elegant lobbies, or hip young companies. Never being ones to favor style over substance, Charles and Ray gave both designs an innovative suspension for a firm, flexible "sitting pocket" that subtly conforms to the body's shape. Add executive, management, side, and lounge models, and there's everything you need for a statement of timeless design excellence.





## COMPLEMENTARY SELECTIONS

Since they evolved from a common design idea, Aluminum Group and Soft Pad chairs have a strong family resemblance. They also share related features.

Executive and management models have seat-height adjustment and tilt-swivel and are available with casters or glides.



Lounge chairs feature glides and are available with tilt-swivel or swivel and with or without arms; matching ottomans are also available.

Arms, frames, and bases are brightly polished aluminum with clear urethane coating.

Cygnus™ mesh material, available on all Aluminum Group models, combines strong yet supple support with a translucency that highlights the chair's graceful profile.

Soft Pad chair cushions are two-inch-thick urethane foam enclosed with polyester fiber batting.

All chairs feature five-star, die-cast aluminum bases.


Charles and Ray Eames






Eames Aluminum Group Side Chair with Cygnus Mesh | Eames Aluminum Group Management Chair with Cygnus Mesh | Eames Aluminum Group Executive Chair with Cygnus Mesh



   

Eames Aluminum Group Side Chair | Eames Aluminum Group Management Chair | Eames Aluminum Group Executive Chair | Eames Aluminum Group Lounge Chair and Ottoman

Eames Soft Pad Side Chair | Eames Soft Pad Management Chair | Eames Soft Pad Executive Chair | Eames Soft Pad Lounge Chair and Ottoman

## 12-YEAR, 3-SHIFT WARRANTY

Like all Herman Miller products, Eames Aluminum Group and Soft Pad chairs are durable for long-term performance and value. As a statement of our confidence in their quality, the Eames Aluminum Group and Soft Pad chairs are covered by the Herman Miller Warranty—a straightforward promise that we stand behind that quality 100 percent. The 12-year, 3-shift warranty covers all standard elements and includes labor on all warranty work.

For more information about our products and services or to see a list of dealers, please visit us at www.HermanMiller.com or call (800) 851 1196.

© 2004 Herman Miller, Inc., Zeeland, Michigan  Printed in U.S.A. on recycled paper. O.MS3320-9
® ©HermanMiller and Eames are among the registered trademarks of Herman Miller, Inc.
™ Cygnus is among the trademarks of Herman Miller, Inc.

# Exhibit 5

Int. Cl.: 20

Prior U.S. Cls.: 2, 13, 22, 25, 32 and 50

**United States Patent and Trademark Office**

Reg. No. 3,105,591
Registered June 20, 2006

## TRADEMARK
## PRINCIPAL REGISTER



HERMAN MILLER, INC. (MICHIGAN COR-
PORATION)
855 EAST MAIN AVENUE
P.O. BOX 302
ZEELAND, MI 494640302

FOR: FURNITURE, NAMELY CHAIRS, IN CLASS
20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 4-0-1958; IN COMMERCE 6-9-1958.

THE MARK CONSISTS OF THE OVERALL
SHAPE AND APPEARANCE OF THE UPPER POR-

TION OF A CHAIR FRAME, INCLUDING THE
ARMRESTS. THE CHAIR FRAME IS MADE OF
POLISHED ALUMINUM AND POLISHED ALUMI-
NUM IS CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 76-594,225, FILED 5-21-2004.

BRIAN PINO, EXAMINING ATTORNEY

# Exhibit 6

# Eames Lounge Chair with Ottoman

Inspired by Eames, Charles and Ray

## $1,595.00

7 Review(s)



Classic Leathers

Waxy Leathers

Vintage Leathers

Veneer

More colors

**Your Current Configuration**

Siena Black

Rosewood Palisander

Configuration in stock.

**How Rove Compares**     **Our Materials**





### How Rove Compares

We want you to learn a little about our business.

### Materials

Find more information on our high quality materials.

### Request a FREE sample

Get swatches to your door, fast and free!

## Related Articles

A Piece of History: The Eames Lounge Chair and How It Defined an Era
The Leather Files
The Value of Comfortable Longevity
How to Design a Stylish Nursery Your Baby can Grow Into
Miles Davis, and a piece of modernist furniture – So What!

### Eames, Charles and Ray

Charles Eames, an American architect and designer was greatly
influenced by the Finnish architect Eliel Saarinen. Eliel's son Eero
(creator of the ... Read More



| Specs |
| Description |
| Designer |
| Dimensions |
| Reviews (7) |
| Shipping |

# Specifications

**What makes the Rove Eames Lounge Chair premium reproduction so special?**

- Upholstered in 100% full grain Aniline Leather imported from Italy. Over the years we have maintained excellent relationships with our supplier and have an inexhaustible supply of leather finishes/colors. All parts of the chair are made with the same leather grade including piping and buttons.
- Wooden Veneer is First and Seconds grade American Timber. FAS boards are certified to be only the best cuts from the log and produce the least amount of knots. These

are sourced exclusively from USA, Canadian and Brazilian companies including Midwest Walnut Company®, Lehmonn Lumber® and Hartzell Hardwoods®.

- True to the original the veneer features 7 ply's of cross grained engineered wood and is Kiln dry stabilized to prevent any sort of warping or cracking.
- Wood is finished with a final application of Italian Lacquer.  This protects the wood and gives it the most natural look possible, ensuring the color will not fade over time.  A total of 4 coats are applied.
- PU-Injected foam cushions are dacron wrapped.  This results in a extremely comfortable chair with the highest level of durability.
- Rubber Shock Mount plating underneath the arm connects the back and base of the chair allowing for flex.   The wrong shock mounts used will compromise the comfort of this design.
- Standard Herman Miller cast base and back braces comes in a high polished bright aluminum trim.  Also customizable in the full Vitra aluminum base.
- Full original specifications and details are incorporated into our design, there simply is no discernable difference in the quality between the authentic chairs and our lounger.
- This item is not an original Charles & Ray Eames Lounge chair, nor is it manufactured by or affiliated with Herman Miller.

## Genuine Imported Leathers

In order to distinguish Rove's line of genuine imported full leathers from generic leathers offered elsewhere that make similar claims of quality, we highly encourage you to request free swatches from each store and compare them side by side!

We are confident you will see the difference our quality makes. Rove products are designed to last for years thus it is only fitting that great attention is owed to the material and craftsmanship of each piece.

# Eames Aluminum Group Management Chair

Inspired by Eames, Charles and Ray

## $695.00

Write a review

## Classic Leathers



## Waxy Leathers



## Vintage Leathers



More colors

### Your Current Configuration

Modena Black

Item configuration is by custom order only.

**How Rove Compares**       Our Materials



     

  

### How Rove Compares

We want you to learn a little about our business.

### Materials

Find more information on our high quality materials.

### Request a FREE sample

Get swatches to your door, fast and free!

### Related Articles

The Leather Files

Decorating Your Office

### Eames, Charles and Ray

Charles Eames, an American architect and designer was greatly
influenced by the Finnish architect Eliel Saarinen. Eliel's son Eero
(creator of the ... Read More



| Specs |
| --- |
| Description |
| Designer |
| Dimensions |
| Reviews (0) |
| Shipping |

## Specifications

This reproduction was designed by Charles & Ray Eames in 1958. The main materials of
this designer office chair is Polished Aluminum and Leather.

The Rove Concepts reproduction features:

- A low back with arms and an aluminum frame with suspended upholstery.
- A 5-star base, tilt-swivel mechanism and seat-height adjustment (regular or
  pneumatic).
- The new pneumatic height adjustment allows for easier height adjustment, adds 2
  additional inches to the top end of the height adjustment and the new tilt lock
  allows the seat angle to be secured in the neutral position. Available with casters
  (wheels) or glides
- Full grain aniline leather

### Genuine Imported Leathers

In order to distinguish Rove's line of genuine imported full leathers from
generic leathers offered elsewhere that make similar claims of quality, we highly
encourage you to request free swatches from each store and compare them
side by side!

We are confident you will see the difference our quality makes. Rove products are designed to last for years thus it is only fitting that great attention is owed to the material and craftsmanship of each piece.

# Eames Soft Pad Management Chair

Inspired by Eames, Charles and Ray

## $745.00

Write a review

### Classic Leathers



### Waxy Leathers



### Vintage Leathers



More colors

**Your Current Configuration**

Modena Black

Item configuration is by custom order only.

**How Rove Compares**      Our Materials





### How Rove Compares

We want you to learn a little about our business.

### Materials

Find more information on our high quality materials.

Request a FREE sample

Get swatches to your door, fast and free!

## Related Articles

The Leather Files
Decorating Your Office

### Eames, Charles and Ray

Charles Eames, an American architect and designer was greatly
influenced by the Finnish architect Eliel Saarinen. Eliel's son Eero
(creator of the ... Read More



Specs

Description

Designer

Dimensions

Reviews (0)

Shipping

# Specifications

This Eames Soft Pad Management Chair Reproduction Features:

- Full Grain Italian Leather Upholstery
- aluminum frame, base and armrests
- 5-star base, tilt-swivel mechanism and seat-height adjustment
- Tubular steel column
- Popular design/modern classic, durable and extremely comfortable
- Thick padded leather cushions for ultimate comfort

### Genuine Imported Leathers

In order to distinguish Rove's line of genuine imported full leathers from
generic leathers offered elsewhere that make similar claims of quality, we highly
encourage you to request free swatches from each store and compare them
side by side!

We are confident you will see the difference our quality makes. Rove products
are designed to last for years thus it is only fitting that great attention is owed to

# Eames Soft Pad Executive Chair

Inspired by Eames, Charles and Ray

## $745.00

Write a review

### Classic Leathers



### Waxy Leathers



### Vintage Leathers



More colors

**Your Current Configuration**

Modena Black

Item configuration is by custom order only.

**How Rove Compares**      **Our Materials**



     



### How Rove Compares
We want you to learn a little about our business.

### Materials
Find more information on our high quality materials.

### Request a FREE sample
Get swatches to your door, fast and free!

### Related Articles

The Leather Files

Decorating Your Office

### Eames, Charles and Ray

Charles Eames, an American architect and designer was greatly influenced by the Finnish architect Eliel Saarinen. Eliel's son Eero (creator of the ... Read More



| Specs |
| Description |
| Designer |
| Dimensions |
| Reviews (0) |
| Shipping |

# Specifications

This Eames Soft Pad Executive Chair Reproduction Features:

- Full Grain Aniline Leather Upholstery
- aluminum frame, base and armrests
- 5-star base, tilt-swivel mechanism and seat-height adjustment
- Tubular steel column
- Popular design/modern classic, durable and extremely comfortable
- Thick padded leather cushions for ultimate comfort
- High back version with choice of wheels or glides.
- Dimensions 24"W x 25"D x 35"-42"H

### Genuine Imported Leathers

In order to distinguish Rove's line of genuine imported full leathers from generic leathers offered elsewhere that make similar claims of quality, we highly encourage you to request free swatches from each store and compare them side by side!

We are confident you will see the difference our quality makes. Rove products are designed to last for years thus it is only fitting that great attention is owed to the material and craftsmanship of each piece.

## Shop by Category

**Living Room (67)**

**Dining Room Furniture (26)**

**Bedroom Furniture (16)**

**Office Furniture (9)**

**Lighting (22)**

**Accessories (17)**

## Recent Buzz







# Search

Search

# Search results

Eames Lounge Chair with Ottoman

http://www.roveconcepts.com/store/living-room/chairs/eames-lounge-chair

Eames Aluminum Group Management Chair

http://www.roveconcepts.com/store/office/chairs/eames-inspired-low-back-executive-chair

Eames Molded Plywood Lounge Chair - LCW

http://www.roveconcepts.com/store/living-room/chairs/eames-plywood-lounge-chair

Eames Molded Plywood Lounge Chair - LCW Pony Hide

http://www.roveconcepts.com/store/living-room/chairs-loungers/eames-plywood-lcw-lounge-chair-pony-skin

Eames Soft Pad Management Chair

http://www.roveconcepts.com/store/eames-charles-and-ray/eames-ea217-softpad-management-

chair

### Noguchi Coffee Table
http://www.roveconcepts.com/store/living-room/tables/noguchi-coffee-table

### Eames Executive Chair
http://www.roveconcepts.com/store/office/chairs/eames-inspired-executive-chair

### Eames Molded Plastic Rocker - RAR
http://www.roveconcepts.com/store/living-room/chairs/eames-rocking-chair

### Eames Aluminum Group Executive Chair
http://www.roveconcepts.com/store/eames-charles-and-ray/eames-high-back-executive-chair

### Eames Soft Pad Executive Chair
http://www.roveconcepts.com/store/eames-charles-and-ray/eames-ea217-softpad-management-chair-high-back

**1**      2      3      4      5      6      7      next ›      last »

**Wassom, Brian D.**

| | |
|---|---|
| **From:** | Wassom, Brian D. |
| **Sent:** | Friday, September 20, 2013 4:38 PM |
| **To:** | RoveConcepts |
| **Cc:** | Siegel, Douglas H. |
| **Subject:** | RE: Infringement of Herman Miller's EAMES(r) Trademark and Trade Dresses |
| | |
| **Importance:** | High |

Dear RoveConcepts;

It has been several weeks since you received our letter. You had asked for an extension of your reply deadline to this past Wednesday, and I had given you until today. Are you prepared to respond to our concerns? I see that you are still advertising the infringing furniture designs.

Brian

---

**From:** Wassom, Brian D.
**Sent:** Wednesday, August 21, 2013 5:44 PM
**To:** RoveConcepts
**Cc:** Siegel, Douglas H.
**Subject:** RE: Infringement of Herman Miller's EAMES(r) Trademark and Trade Dresses

Thank you for the acknowledgement. We will accept a response to our letter by September 20, but that should not delay your compliance with the demands made in our letter, which we expect to be undertaken immediately.

Brian

**From:** RoveConcepts [mailto:info@roveconcepts.com]
**Sent:** Tuesday, August 20, 2013 6:11 PM
**To:** Wassom, Brian D.
**Subject:** Re: Infringement of Herman Miller's EAMES(r) Trademark and Trade Dresses

Hi Brian,

Thank you for contacting us. We want to confirm your email was received and we have relayed the information to the appropriate party.

It is however the case that they are away until September 18. Would it be a reasonable request to extend our reply time frame to that date for this reason?

In the meantime please don't hesitate to contact us again if required.

Kind Regards,

On Mon, Aug 19, 2013 at 11:10 AM, Wassom, Brian D. <BWassom@honigman.com> wrote:

Please give immediate attention to the attached letter.

1

## HONIGMAN

**Brian D. Wassom**
Partner

Social, Mobile and Emerging Media Practice Group Chair
Honigman Miller Schwartz and Cohn LLP
Attorneys and Counselors
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
Phone: (248) 566-8490
Fax: (248) 566-8491
Mobile: (586) 420-4023
Skype: bdwassom
Email: bdw@honigman.com or bwassom@honigman.com

Firm: Home Page | Attorney Bio | S.M.E. Media Group

Social: LinkedIn | Twitter | Google+ | YouTube

Blog: Social Media | Augmented Legality® | Publicity Rights

*********************************************************************
IRS Circular 230 Disclosure:  To ensure compliance with requirements imposed by the Internal Revenue
Service, we inform you that any U.S. federal tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i)
avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any
transaction or matter addressed in this communication.
*********************************************************************
Confidential: This electronic message and all contents contain information from the law firm of Honigman
Miller Schwartz and Cohn LLP which may be privileged, confidential or otherwise protected from
disclosure. The information is intended to be for the addressee only. If you are not the addressee, any
disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this
electronic message in error, please notify us immediately (313.465.7000) and destroy the original message
and all copies.
*********************************************************************


## Rove Concepts
### Architecture of Affordable Luxury

Contact Us | E-mail Us | Live Support Online

*Search for Furniture*

Toll Free: **1.800.705.6217** (8:30 - 4:30 PST Mon-Sun)

ResellerRatings ✓
★★★★★
117 Reviews
1/14/2014 | by **Answers**

Living Room    Dining    Office    Bedroom    Accents    ★ Specials    ⚠ Trade    About        Login   Custom Order   Cart

Home / About Us / Compare Us / Eames Lounge Chair Comparison

# Eames Lounge Chair Comparison



## Overall Shape

The overall shape of the Eames lounge chair, is subtle but mistakes in low grade copies are glaring when you hold them side by side with a Rove Concepts reproduction of the design. The angle of the chair, the tufting on the cushion, the color of the leathers and veneer, all contribute to the overall look on this chair.



Beautiful veneers from eco-friendly sources.



## Armrests

Armrest is sleek thin profile. Shape is contoured correctly. True to original. Underneath the armrest we use the same rubber shock mount used in the original. This piece is extremely important to create the proper flex while sitting back on the chair.



## The Finer Details

The Rove Concepts reproduction cuts no corners, even in places hard to notice by most people. Rove features double sided veneers, both the outside and inside are fully veneered with imported wood veneers. You will also notice the cushion locking mechanism featured here. This design was meant to be a chair that has easily interchangeable parts. The way our cushions are secured to the veneer is engineered to match the original – to the extent you can actually swap cushions with an original eames.

A cheap version uses glue, Velcro, or nails to secure the cushion to the veneer. The inside veneer is



## No Leather Spared

You can see deep tufting lines on the Rove version. This deep tufting is only achievable by using

Why Rove Concepts?

$25 Off!

chat

Eames Lounge Chair Com ×

www.roveconcepts.com/about/compare/eames-lounge-chair-comparison

Why Rove Concepts?

$25 Off!



## No Leather Spared

You can see deep tufting lines on the Rove version. This deep tufting is only achievable by using generous amounts of high grade leather, and the most expensive type of foam. Using the correct foam, the Eames lounge chair looks exactly as it should and even more importantly, sits as comfortably as it should. It is common for low cost knock offs to save on leather cost by stretching out the leather, and using an economic foam. The result is a flat look that lacks dimension and character intended by the original design.

secured to the veneer is engineered to match the original – to the extent you can actually swap cushions with an original eames.

A cheap version uses glue, Velcro, or nails to secure the cushion to the veneer. The inside veneer is never finished. This is visible under the armrest.



# Watch Out!

There are a few things to lookout for when buying a reproduction Eames Lounge Chair.

❌ Angle of the chair is far too upright and does not provide the flex while leaning back

❌ Does not use the correct rubber shock mount underneath the armrest to create flex

❌ Often made with half corrected grain leathers, which is hard, rough to the touch and unnatural feeling

❌ The armrest is bulky and the armrest padding is hard and uncomfortable

❌ Cushions are usually attached to the unfinished veneer with glue, Velcro or nails. Request pictures of how the cushions are attached before purchasing from a cheap retailer.

❌ Uses economical foams that become flattened with everyday wear, which makes them uncomfortable and unattractive

❌ Lack of joint flex and incorrect rubber shock mounts sacrifices cost for comfort, most cheaper companies will not even have a rubber shock mount.

❌ Without any protective coating on the wood shell, colors will fade

❌ Generally made with cheaper wood materials that crack or scratch easy





chat

 Eames Lounge Chair Com ×

www.roveconcepts.com/about/compare/eames-lounge-chair-comparison



⊗ Generally made with cheaper wood materials that crack or scratch easy


BUY WITH CONFIDENCE
SHOP WITH **ROVE CONCEPTS**

Why Rove Concepts?

$25 Off!

## See More Rove Concepts Comparisons






Barcelona Chair     Eames Lounge Chair     Florence Knoll Line     Marble Tulip Tables

chat

 **Fast Shipping**

Fast shipping via FedEx on all our in stock items.

Read more

 **We ship to**



 **Warranty**

We stand behind the quality of products we sell.

Read more

 **Who's Talking**

Demonstrating our hard work through the voice of our valued customers.


*ResellerRatings*
Elite Member
01/14/14 | by Answers

 **Swatch Request**

Receive FREE leather swatch samples by clicking 'read more'.

Read more

www.roveconcepts.com/about/compare/eames-lounge-chair-comparison

## See More Rove Concepts Comparisons

   

Barcelona Chair    Eames Lounge Chair    Florence Knoll Line    Marble Tulip Tables

 **Fast Shipping**
Fast shipping via FedEx on all our in stock items.
Read more

 We ship to


**Warranty**
We stand behind the quality of products we sell.
Read more

 **Who's Talking**
Demonstrating our hard work through the voice of our valued customers.


 **Swatch Request**
Receive FREE leather swatch samples by clicking 'read more'.
Read more

**About Us**
Our Blog
Our Materials
Swatches
Testimonials
Compare

**Commercial**
Apply for a Trade Account
Contact Commercial Department

**Rove Concepts Vancouver Showroom**
990 West 7th Ave
Vancouver, BC V6H4J1

**Showroom Hours**
8:30 - 4:30 PM PST (Mon - Fri)
9:30 - 3:30 PM PST (Sat - Sun)

**Contact Us**
Toll Free: 1-800-705-6217
For General Inquiries:
Visit our contact page

   houzz

**Private & Secure**
 PRIVACY GUARANTEED

**Accept All Major Credit Cards**
 
 

About Us   FAQ   Privacy   Shipping   Contact   Store Policy

# Eames Aluminum Group Management Chair

## Specifications

**The Aluminum Group Management Chair reproduction features:**

- A low back that's ergonomically designed to optimize comfort and functionality
- Upholstered in 100% Full Grain, Aniline Dyed leather imported from Italy
- Suspended upholstery - a unique design feature
- High-Polished Aluminum frame, arms and base
- A 5-star base with tilt-swivel mechanism and seat-height adjustment (regular or pneumatic)
- The new pneumatic height adjustment allows for easier height adjustment, adds 2 additional inches to the top end of the height adjustment and the new tilt lock allows the seat angle to be secured in a neutral position
- Strong tubular steel column
- Available with casters (wheels) or glides

**Genuine Imported Leathers**

In order to distinguish Rove's line of genuine imported full leathers from generic leathers offered elsewhere that make similar claims of quality, we highly encourage you to request free swatches from each store and compare them side by side! We are confident you will see the difference our quality makes. Rove products are designed to last for years thus it is only fitting that great attention is owed to the material and craftsmanship of each piece.