EXHIBIT 13

## Cory, Cindy

| | |
|---|---|
| **From:** | RoveConcepts <info@roveconcepts.com> |
| **Sent:** | Monday, July 28, 2014 6:41 PM |
| **To:** | Wassom, Brian D. |
| **Subject:** | Re: Reply |

As indicated we would like to update you that we have proceeded to remove trademarked content in question from our website.


On Fri, Jul 25, 2014 at 1:46 AM, RoveConcepts <info@roveconcepts.com> wrote:
Hi Brian,

Our latest correspondence with Mr. Morton, as he can confirm with you, is that he has referred us to a US firm.

We wanted to reach out at this time to inform you we are preparing a more substantive reply to your concerns to follow early next week. Please do continue to reach us at this email with your replies.

Regards,
--

Rove Concepts

Toll Free: 1.800.705.6217
Website: http://www.roveconcepts.com/
News: http://www.prweb.com/releases/2013/9/prweb11111222.htm

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information which is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message. Thank you.


--

Rove Concepts

Toll Free: 1.800.705.6217
Website: http://www.roveconcepts.com/
News: http://www.prweb.com/releases/2013/9/prweb11111222.htm

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information which is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message. Thank you.

1