EXHIBIT 14

## Cory, Cindy

**From:** Wassom, Brian D.
**Sent:** Friday, August 01, 2014 4:39 PM
**To:** RoveConcepts
**Cc:** Siegel, Douglas H.
**Subject:** RE: Reply
**Attachments:** aug2014-1.PNG; aug2014-2.PNG; aug2014-3.PNG; aug2014-4.PNG; aug2014-5.PNG; aug2014-6.PNG; aug2014-7.PNG; aug2014-8.PNG

Rove Concepts;

Thank you for your additional efforts. It does appear that you have removed several more infringements, including the Eames Aluminum Group chairs. In light of your comment, I have not yet re-checked your social media pages. I do see, however, that several infringements remain on your website. Examples are attached. They include use of the EAMES name in connection with several dining chairs and in the meta-data of several of your pages. The Eames Lounge Chair still appears in news articles reproduced on your site, and in pages that have not been deleted.

Brian Wassom

**From:** RoveConcepts [mailto:info@roveconcepts.com]
**Sent:** Friday, August 01, 2014 4:12 PM
**To:** Wassom, Brian D.
**Subject:** Re: Reply

We have further removed additional content as request please check. Some items listed such as social media and other specific pages we have provided instructions to our website's management company to remove. This should not take more than one week.

On Tue, Jul 29, 2014 at 7:13 AM, Wassom, Brian D. <BWassom@honigman.com> wrote:

Rove Concepts;

I appreciate your attempt to comply with your legal obligations, and acknowledge that your website now lists the Eames Lounge Chair as having been "removed" from the site. I note, however, several continuing examples of infringement on your website and social media pages. Attached are at least 17 examples. Recall that our client owns the right to use the "Eames" name in commerce, as well as the various chair designs discussed in our prior correspondence. Please rectify these infringements immediately.

Brian Wassom

**From:** RoveConcepts [mailto:info@roveconcepts.com]
**Sent:** Monday, July 28, 2014 6:41 PM

**To:** Wassom, Brian D.
**Subject:** Re: Reply

As indicated we would like to update you that we have proceeded to remove trademarked content in question from our website.

On Fri, Jul 25, 2014 at 1:46 AM, RoveConcepts <info@roveconcepts.com> wrote:

Hi Brian,

Our latest correspondence with Mr. Morton, as he can confirm with you, is that he has referred us to a US firm.

We wanted to reach out at this time to inform you we are preparing a more substantive reply to your concerns to follow early next week. Please do continue to reach us at this email with your replies.

Regards,

--

Rove Concepts

Toll Free: 1.800.705.6217

Website: http://www.roveconcepts.com/

News: http://www.prweb.com/releases/2013/9/prweb11111222.htm

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information which is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message. Thank you.

--

Rove Concepts

Toll Free: 1.800.705.6217

Website: http://www.roveconcepts.com/

News: http://www.prweb.com/releases/2013/9/prweb11111222.htm



LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information which is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message. Thank you.

This e-mail may contain confidential or privileged information.  If you are not the intended recipient, please delete it and notify the sender of the error.

--

Rove Concepts

Toll Free: 1.800.705.6217
Website: http://www.roveconcepts.com/
News: http://www.prweb.com/releases/2013/9/prweb11111222.htm



LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information which is legally privileged. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message. Thank you.

```
<!DOCTYPE html>
<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en" dir="ltr">
  <head>
<meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
<link rel="alternate" type="application/rss+xml" title="RSS - Lounge Chairs" href="/store/shop-room/living-room/chairs-loungers/lounge-chairs/feed"
<link rel="shortcut icon" href="/sites/default/files/rove_favicon.ico" type="image/x-icon" />
<link rel="canonical" href="http://www.roveconcepts.com/" />
<meta name="keywords" content="Barcelona Chair,Eames Lounge Chair,Eames Chair,Eero Saarinen table,Saarinen Tulip table,Knoll Sofa,Florence Knoll Sofa,Noguchi Table,Barcelona Chairs,Barcelona chair and ottoman,Eames lounge chair and ottoman,Corbusier,eames,MidCentury,Modern Classics,Mies Van D Rohe,Swan chair,Egg Chair,Womb Chair,aniline leather,tulip tables,marble tulip." />
<meta name="description" content="Get the best quality mid century modern reproduction and contemporary lounge chairs at Rove Concepts. Eames, Barcelona, Womb Chair and more." />
<meta property="fb:page_id" content="roveconcept">
<meta property="fb:admins" content="roveconcept">
    <meta name="viewport" content="width=device-width, initial-scale=1, maximum-scale=1">
    <META NAME="ROBOTS" CONTENT="INDEX, FOLLOW" />
        <link rel="alternate" type="application/rss+xml" title="ROR" href="/ror.xml" />
```

Rove Concepts | × view-source:www.roveco ×

view-source:www.roveconcepts.com

eames 1 of 52

```
            <div id="logo">
                                    <a href="/"><img src="/sites/default/files/rovestretch_logo.png" alt="Rove Con
Furniture -  From Barcelona Chairs, to Eames Chairs, Knoll Sofas, Noguchi Tables, and More." /></a>            </div>
            <div id="topmenu">
                <div id="block-block-21" class="block block-block">

  <div id="support_top">No Tax/Duties for USA  |  <a class="first" href="/contact">Contact Us</a>  | <a class="first"
href="/contact">E-mail Us</a>  |  <a href="#" onclick="return SnapEngage.startLink();">Live Support <img alt="Rove Concepts
Live Help" border="0" src="https://www.snapengage.com/statusImage?w=83ed3d02-b5ff-43f1-8fd4-17ab3e6ebedb" /></a></div>
</div>
<div id="block-search-0" class="block block-search">

  <form action="/"  accept-charset="UTF-8" method="post" id="search-block-form">
<div><div id="search-box">
    <input type="text" maxlength="128" name="search_block_form" id="edit-search-block-form-1"  size="17" value="Search for Furniture" title="Search for
Furniture." class="isearch" onfocus="removeAndCheck(this,'Search for Furniture',false);" onblur="removeAndCheck(this,'Search for Furniture',true);" />
</div>
<div id="search-send">
    <input type="submit" name="op" value="Go" title="Search Rove Concepts" class="submit" />
    <input type="hidden" name="form_build_id" id="form-6181368e1213cf4a8549fad634bcc0c3" value="form-6181368e1213cf4a8549fad634bcc0c3"  />
<input type="hidden" name="form_id" id="edit-search-block-form" value="search_block_form"  />
</div>
<div class="support" style="clear:both;font-size:80%;">Toll Free: <strong>1.800.705.6217</strong>  (8:30 - 4:30 PST Mon-Sun)</div>

</div></form>
</div>
            </div>
            <br style="clear:both;" />
        </div>
        </div>

    <div id="wrapper">
        <div id="header">
            <div class="container">
                <div id="mainmenualt">
                        <div id="roommenu">
                                                <ul class="menu"><li class="t262"><a href="/store/shop-room/living" class="t262">Living Room</a>
<ul class="menu"><li class="t341"><a href="/store/shop-room/living-room/chairs-loungers" class="t341">Chairs &amp; Loungers</a><ul class="menu"><li><a
href="/store/living-room/chaise-lounge-lounge-chairs/2211-borge-mogensen-armchair-reproduction" class="sh_0">2211 Borge Mogensen Armchair
Reproduction</a></li><li><a href="/store/living-room/chairs-loungers/ball-chair-fiberglass-microfiber" class="sh_0">Ball Chair</a></li><li><a
href="/store/living-room/chairs-loungers/barcelona-style-chair" class="sh_0">Barcelona Chair</a></li><li><a href="/store/living-room/chairs-
loungers/barcelona-style-chair-ottoman" class="sh_0">Barcelona Chair &amp; Ottoman</a></li><li><a href="/store/office/chairs/mies-brno-chair"
class="sh_0">Brno Chair</a></li><li><a href="/store/living-room/chaise-lounge-lounge-chairs/chesterfield-kensington-armchair" class="sh_0">Chesterfield
Kensington Armchair</a></li><li><a href="/store/living-room/chairs-loungers/coconut-chair" class="sh_0">Coconut Chair</a></li><li><a
href="/store/living-room/chaise-lounge-lounge-chairs/corona-chair" class="sh_0">Corona Chair</a></li><li><a href="/store/living-room/chaise-lounge-
lounge-chairs/eames-la-chaise" class="sh_1">Eames La Chaise</a></li><li><a href="/store/living-room/chairs/eames-lounge-chair" class="sh_1">Eames Lounge
Chair with Ottoman</a></li><li><a href="/http%3A/%252Fwww.roveconcepts.com/store/living-room/chairs/eames-rocking-chair" class="sh_1">Eames Molded
Plastic Rocker - RAR</a></li><li><a href="/store/living-room/chaise-lounge-lounge-chairs/eames-molded-plywood-chair-lcw" class="sh_1">Eames Molded
Plywood Chair - LCW</a></li><li><a href="/store/living-room/eames-molded-plywood-lounge-chair-lcm-metal-legs" class="sh_1">Eames Molded Plywood Lounge
Chair - LCM - Metal Legs</a></li><li><a href="/store/living-room/chaise-lounge-lounge-chairs/eames-plywood-chair-lcw-pony" class="sh_1">Eames Plywood
Chair - LCW Pony</a></li><li><a href="/store/living-room/chaise-lounge-lounge-chairs/eames-style-aluminum-ea124-lounge-chair-and-ottoman"
class="sh_1">Eames Style Aluminum EA124 Lounge Chair and Ottoman</a></li><li><a href="/store/living-room/chaise-lounge-lounge-chairs/earl-lounge-chair"
class="sh_0">Earl Lounge Chair</a></li><li><a href="/store/arne-jacobsen/egg-chair-aniline-leather" class="sh_0">Egg Chair</a></li><li><a
```

Eames | Rove Concepts
www.roveconcepts.com/tags/eames

Rove Concepts
Architecture of Affordable Luxury

Living Room | Dining | Office | Bedroom | Accents | Speci

Why Rove Concepts?

$25 Off!

Home › Eames

# Eames

Vancouver Magazine Loves Us!

$0.00

More Info

The Eames Style House: A True Blend of Art,

$0.00

More Info

Fast Shipping

We ship to

100%

Warranty





Eames Molded Plastic Sid ×

No Tax/Duties for USA | Contact Us | E-mail Us

Search for Furniture

Toll Free: 1.800.705.6217 (8:30 - 4:30 PST Mon-Sun)

Living Room | Dining | Office | Bedroom | Accents | Specials | Trade | About | Login

How Rove Compares

Why Rove Concepts?

$25 Off!

# Eames Style Molded Plastic Side Chair Wooden Dowel Base - DSW

*Inspired by Eames, Charles and Ray*

$225.00

Write a review

Request FREE Swatches

Fiberglass / Plastic

Your Current Configuration

Eames Molded Plywood L ×

www.roveconcepts.com/store/living-room/sale-eames-molded-plywood-chair-lcw

No Tax/Duties for USA | Contact Us | E-mail Us | Live Support Offline

Search for Furniture

Toll Free: 1.800.705.6217 (8:30 - 4:30 PST Mon-Sun)

Living Room Dining Office Bedroom Accents Specials Trade About Login Custom Order Cart

How Rove Compares Our Materials

Why Rove Concepts?

$25 Off!

# Sale - Eames Style Molded Plywood Chair - LCW

*Inspired by Eames, Charles and Ray*

~~$321.65~~

$321.65 $321.65

Write a review

Request FREE Swatches

Veneer

Your Current Configuration

Please select a configuration above to continue.



Eames Molded Plywood D ×

www.roveconcepts.com/store/dining-room-furniture/dining-room-chairs/eames-molded-plywood-dining-chair-dcm-metal-legs

No Tax/Duties for USA | Contact Us | E-mail Us | Live Support

Rove Concepts
Architecture of Affordable Luxury

Search for Furniture

Toll Free: 1.800.705.6217 (8:30 - 4:30 PST Mon-Sun)

Living Room | Dining | Office | Bedroom | Accents | Specials | Trade | About | Login | Custom Order

How Rove Compares | Our Materials

Why Rove Concepts?

$25 Off!

# Eames Style Molded Plywood Dining Chair - DCM - Metal Legs

*Inspired by Eames, Charles and Ray*

**$325.00**

Write a review

Request FREE Swatches

Veneer

Your Current Configuration

Please select a configuration above to continue.

Item configuration is by custom order only.








Eames Lounge Chair Com ×

www.roveconcepts.com/eames-lounge-chair-comparison

No Tax/Duties for USA | Contact Us | E-mail Us | Live Support Offline

Rove Concepts
Architecture of Affordable Luxury

Search for Furniture

Toll Free: 1.800.705.6217 (8:30 - 4:30 PST Mon-Sun)

Living Room Dining Office Bedroom Accents Specials Trade About Login Custom Order Cart

Why Rove Concepts?

$25 Off!

# Eames Lounge Chair Comparison

**RoveConcepts Reproduction**

- 100% Full grain aniline leather, rather than wearing out will develop a patina over time. All leathers are imported directly from tanneries in Italy.
- Full grain leather gives a soft and supple touch making the chair extremely comfortable
- True to original. Thinner profile dense cushion armrest
- True to original. Thinner sleek piping
- High density grade PU injected seat foam provides plushness and most importantly holds its shape over time
- The only reproduction that features PU injected foam like the original design
- Leather is relaxed in the correct areas for the tufting feature

**Other Reproduction**

- Most are made with half, corrected grain leathers, this type of leather is hard, rough to the touch, and unnatural
- The armrest is bulky and the armrest padding is hard and uncomfortable
- Piping is significantly thicker and uneven
- Standard foam used does not provide proper support and quickly loses shape over time
- Leather is stretched taught to save on material cost and puts stress on the tufting from normal use



www.roveconcepts.com/catalog/dining-room-furniture/dining-room-chairs

Eames Molded Plastic Armchair Wooden Dowel Base - DAW

MORE INFO ~~$249.00~~ $249.00

Eames Molded Plastic Side Chair Wooden Dowel Base -

MORE INFO ~~$225.00~~ $225.00

Eames Molded Plywood Dining Chair - DCM - Metal Legs

MORE INFO ~~$325.00~~ $325.00

Rove Concepts?