# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| **HERMAN MILLER, INC.,**<br>a Michigan Corporation,<br><br>PLAINTIFF<br><br>vs.<br><br>**GOLD LEAF HOLDING LTD.,**<br>d/b/a ROVE CONCEPTS,<br>a Canadian Corporation<br><br>DEFENDANT | )<br>)<br>)<br>)   INDEX NO.1:16 - cv - 1000<br>)<br>)<br>)   **AFFIDAVIT OF SERVICE OF**<br>)   **SUMMONS IN A CIVIL ACTION and**<br>)   **COMPLAINT**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The undersigned, being sworn, on oath deposes and says: That she is now and at all times herein mentioned was a citizen of Canada and resident of the Province of British Columbia, Canada, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

That on Thursday, September 1st, 2016 at 11:10 a.m. at the address of 990 West 7th Avenue, Vancouver, in the Province of British Columbia, Canada, this affiant duly served the above described documents, upon **GOLD LEAF HOLDING LTD., d/b/a ROVE CONCEPTS, a Canadian Corporation** by then and there personally delivering one true and correct copy thereof, by then presenting to and leaving the same with, **VICTOR TAM, Director.**

_____
CARRIE-LEE GODFREY

**SUBSCRIBED AND SWORN TO** before me
September 7th, 2016.

_____
A NOTARY PUBLIC IN AND FOR
THE PROVINCE OF BRITISH COLUMBIA

**BRIAN C. MARKUS**
Barrister & Solicitor
SUITE 930 -777 HORNBY STREET
VANCOUVER, B.C.
CANADA V6Z 1S4