WDMI Corporate Disclosure Statement pursuant to Fed.R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4  (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Herman Miller, Inc.

       Plaintiff(s),

Case No.  1:16-cv-01000-RJJ-RSK

v.

Gold Leaf Holding, Ltd., d/b/a Rove Concepts Concepts, a Canadian corporation,

       Defendant(s).
_____/

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosure:

Gold Leaf Holding, Ltd., d/b/a Rove Concepts, a Canadian corporation,
(Party Name)

1. Is party a publicly held corporation or other publicly held entity?  [ ] Yes  [✔] No

2. Does party have any parent corporations?  [ ] Yes  [✔] No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?  [ ] Yes  [✔] No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  [ ] Yes  [✔] No
   If yes, identify entity and nature of interest:

Date: October 21, 2016

_____
(Signature)
Thomas G. Pasternak