UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

HERMAN MILLER, INC.,
a Michigan corporation,

      Plaintiff,

v.

GOLD LEAF HOLDING LTD.,
d/b/a ROVE CONCEPTS,
a Canadian corporation,

      Defendant.

CASE NO. 16-cv-1000-RJJ-RSK

HON. ROBERT J. JONKER

## STIPULATION AND ORDER OF DISMISSAL

The parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Company of America,* 511 U.S. 375 (1994).

**IT IS HEREBY ORDERED:**

    1.    The parties shall comply with the Settlement Agreement ("Agreement") executed by the parties. The parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this Order to be specific in terms or to describe in reasonable detail, and without reference to the Agreement, the act or acts to be restrained.

    2.    By consent of the parties, the Court shall retain jurisdiction for a period of five years for the purpose of enforcing the terms of the Agreement.

    3.    The claims raised in this litigation, or any claims released by means of the Agreement, are dismissed with prejudice.

  4. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: _____, 2017

                 Hon. Robert J. Jonker
                 United States District Judge

Agreed as to Form and Content:

| VARNUM LLP | AKERMAN LLP |
|---|---|
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: s/ Bryan R. Walters | By: s/ Thomas G. Pasternak |
|  Bryan R. Walters |  Thomas G. Pasternak |
|  brwalters@varnumlaw.com |  thomas.pasternak@akerman.com |
| Date: January 3, 2017 | Date: January 3, 2017 |

11315926_1.docx