AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Western District of Michigan_____ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:16-cv-1000 | DATE FILED<br>8/10/2016 | U.S. DISTRICT COURT<br>Western District of Michigan |
|---|---|---|
| PLAINTIFF<br>Herman Miller, Inc. | | DEFENDANT<br>Gold Leaf Holding Ltd., a Canadian corporation doing business as Rove Concepts |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 733,770 | 7/3/1962 | Herman Miller |
| 2 | 1187673 | 1/26/1982 | Herman Miller |
| 3 | 2,716,843 | 5/20/2003 | Herman Miller |
| 4 | 3105591 | 6/20/2006 | Herman Miller |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order entered 1/3/2017 granting stipulation to dismiss. |

| CLERK<br>Thomas L. Dorwin | (BY) DEPUTY CLERK<br>/s/ K. Wright | DATE<br>1/04/2017 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

Continued on Page 2

AO 120 (Continuation Page - MIWD 1/08)

DOCKET NO.

DECISION/JUDGMENT CONTINUED